# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00674-CV

**Joseph Thompson and Thompson Custom Properties, LLC, Appellants**

**v.**

**Greg L. Gibson; DSRE Funding LLC; High Equity Investments, LLC; DSRE Holdings, LLC; DSRE Homes LLC; DSRE Centex Partners, LLC; GLG Investments LLC; Direct Effect LLC; Direct Effect Real Estate Services LLC; Clay Carter; and Marcia Trejo, Appellees**

### FROM THE 21ST DISTRICT COURT OF BASTROP COUNTY
### NO. 968-21, THE HONORABLE CARSON TALMADGE CAMPBELL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On October 25, 2022, appellants Joseph Thompson and Thompson Custom Properties, LLC filed their notice of appeal from the trial court's final judgment, granting appellees' no-evidence motion for summary judgment and dismissing appellants' claims. On December 28, 2022, appellants filed a notice in this Court, stating that the trial court has granted their motion for new trial and that their appeal should be dismissed.

The jurisdiction of the Court is limited to the review of final judgments and from certain interlocutory appeals made immediately appealable by statute. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001); Tex. Civ. Prac. & Rem. Code §§ 51.012, .014. When a trial court grants a motion for new trial, the court's original judgment or order is set aside, and the parties proceed without prejudice from the prior proceedings. *Markowitz v. Markowitz*,

118 S.W.3d 82, 88 (Tex. App.—Houston [14th Dist.] 2003, pet. denied). "[T]he court essentially wipes the slate clean and starts over." *Wilkins v. Methodist Healthcare Sys.*, 160 S.W.3d 559, 563 (Tex. 2005); *see* Tex. R. App. P. 21.9(b) ("Granting a new trial restores the case to its position before the former trial . . . .").

Although appellants have not filed a formal motion to dismiss, we take notice of the trial court's order granting their motion for new trial. *See Fannie Mae v. Haddox*, No. 03-15-00006-CV, 2015 Tex. App. LEXIS 4712, at *1 (Tex. App.—Austin May 8, 2015, no pet.) (mem. op.) (taking notice of trial court's order granting motion for new trial and dismissing appeal for want of jurisdiction). Because there is no longer a final judgment over which we may exercise appellate jurisdiction, we dismiss the appeal. *See* Tex. R. App. P. 42.3 (a).

_____

Chari L. Kelly, Justice

Before Justices Baker, Kelly, and Smith

Dismissed for Want of Jurisdiction

Filed: January 31, 2023

2